# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ORTIZ, | Case No. 1:17-cv-01611-BAM |
| Plaintiff, | ORDER DIRECTING SUBMISSION OF CERTIFIED TRUST ACCOUNT STATEMENT |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Alexis Ortiz ("Plaintiff"), a state prisoner proceeding with counsel, filed this civil action for review of a final decision of the Commissioner of Social Security on December 4, 2017. (Doc. 1.) Plaintiff also filed an application seeking leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) However, the application was not complete.

Plaintiff is advised that a prisoner who brings a civil action in forma pauperis is required to pay the full amount of the filing fee in installments when funds are available in his prison trust account. 28 U.S.C. § 1915(b)(1). Although Plaintiff filed the requisite affidavit to proceed in forma pauperis, he failed to submit a certified copy of his trust account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint, obtained from the appropriate correctional official. 28 U.S.C. § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that:

1.    Within forty-five (45) days from the date of service of this order, Plaintiff shall submit a copy certified copy of his prison trust account statement that covers the 6-month period immediately preceding the filing of this action.

2.    No extension of time will be granted without a showing of good cause; and

3.    The failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **January 4, 2018**                    /s/ *Barbara A. McAuliffe*
                                                UNITED STATES MAGISTRATE JUDGE