# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ORTIZ, | Case No. 1:17-cv-01611-BAM |
| Plaintiff, | ORDER RE: SUMMONS |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Alexis Ortiz ("Plaintiff"), a state prisoner proceeding with counsel, filed this civil action for review of a final decision of the Commissioner of Social Security on December 4, 2017. (Doc. 1.) On February 9, 2018, the Court granted Plaintiff' application to proceed in forma pauperis in this action. (Doc. No. 6.)

Accordingly, IT IS HEREBY ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated: **March 7, 2018**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE