# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ALFREDO ORTIZ,<br><br>    Plaintiff,<br><br>  v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:17-cv-01611-BAM<br><br>ORDER REGARDING STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(Doc. No. 17) |

Pursuant to the stipulation of the parties filed on October 25, 2018, and for cause shown, Plaintiff shall have an extension of time to November 24, 2018, in which to file an Opening Brief. All other dates in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

   Dated:  **October 26, 2018**           /s/ *Barbara A. McAuliffe*           
                                          UNITED STATES MAGISTRATE JUDGE

1