# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS ALFREDO ORTIZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:17-cv-01611-BAM<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE LATE BRIEF<br><br>(Doc. 20) |

On December 5, 2018, Plaintiff Alexis Alfredo Ortiz filed an *ex parte* application for leave to file a late opening brief. Plaintiff's opening brief was due on November 24, 2018. Counsel represents that the missed deadline was the result of human error. (Doc. 20.) No objection to the application has been filed, and, concurrent with the application, Plaintiff filed her opening brief. (Doc. 19.) Having considered the application, and good cause appearing, Plaintiff's request for leave to late file the opening brief is GRANTED. All remaining deadlines in the Court's Scheduling Order are extended accordingly. Plaintiff's counsel is cautioned that no further extensions of time will be granted absent a showing of good cause.

IT IS SO ORDERED.

　Dated: **December 7, 2018**　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1

2